# United States District Court

WESTERN DISTRICT OF WASHINGTON

JOHN THOMAS ENTLER

JUDGMENT IN A CIVIL CASE

v.

THE WASHINGTON STATE
SUPREME COURT, *et al.,*

CASE NUMBER: C09-5451BHS

☐ **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

XX **Decision by Court**. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED

The Court **OVERRULES** Petitioner's Objections;

The Court adopts the Report and Recommendation; and

This petition is **DISMISSED with prejudice** for the reasons states herein.

October 20, 2009          BRUCE RIFKIN
Clerk

*s/CM Gonzalez*
By, Deputy Clerk